## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLES L. PHILLIPS,** | |
| **Plaintiff,** | **8:13CV211** |
| **vs.** | |
| **PEARSON'S PAINTING, INC.,** | **ORDER** |
| **Defendant.** | |

A pretrial conference is scheduled in this case for August 14, 2014, and the jury trial is currently scheduled for September 22, 2014.  **See** Filing No. 25.  The plaintiff's Motion for Partial Summary Judgment (Filing No. 44) and the defendant's Motion for Summary Judgment (Filing No. 47) are pending.  Accordingly,

**IT IS ORDERED** that the pretrial conference and jury trial are continued pending further order of the court.  The parties shall contact the undersigned magistrate judge's chambers within ten (10) days after the ruling on the motions for summary judgment to schedule a conference addressing further progression of this case.

Dated this 12th day of June, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge