IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES L. PHILLIPS,

     Plaintiff,

  vs.

PEARSON'S PAINTING, INC., a Nebraska
Corporation;

     Defendant.

**8:13CV211**

**JUDGMENT**

   Judgment is hereby entered in favor of the plaintiff and against the defendant pursuant to the Memorandum and Order, Filing No. 106, entered herein.

   Dated this 25th day of September, 2015

       BY THE COURT:

       s/ Joseph F. Bataillon
       Senior United States District Judge