IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES L. PHILLIPS, | ) | Case No. 8:13cv211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **ATTORNEY'S FEES** |
| PEARSON'S PAINTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Charles L. Phillips ("Phillips"), moves the Court for attorneys' fees pursuant to 29 U.S.C. § 216(b), Fed. R. Civ. P. 54(d), and NECivR 54.3 and 54.4. In support of his Motion, Phillips has filed a supporting brief and index of evidence.

WHEREFORE, Phillips requests that the Court grant his attorneys' fees of $19,080.00

Dated this 9th day of October, 2015,

                                        CHARLES L. PHILLIPS, Plaintiff,

                              By     s/ Todd A. West
                                            Todd A. West, NE #24261
                                            304 Olson Drive
                                            Suite 211
                                            Papillion, NE 68046
                                            (402) 614-0185
                                            toddwestlaw@gmail.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent via email this 9th day of October, 2015 to the following:

Matt Munderloh
mmunderloh@johnsonandmock.com

Denise Frost
dfrost@johnsonandmock.com

                                                  /s/ Todd A. West_____