IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES L. PHILLIPS,

           Plaintiff,

vs.

PEARSON'S PAINTING, INC., a Nebraska Corporation,

           Defendant.

**8:13CV211**

**JUDGMENT**

Judgment for attorney's fees in the amount of $10,000.00 is hereby entered in favor of the plaintiff and against the defendant as set forth in the accompanying Memorandum and Order.

Dated this 6th day of January, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge