IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Charles L. Phillips, | ) | Case No.   8:13CV211 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pearson's Painting, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on December 21, 2016 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits / non-jury trial held February 17-18, 2015

Defendant's Trial Exhibits / non-jury trial held February 17-18, 2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 22, 2016

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15